Xiaohong Wang
14806 Maplewood Dr.
Chino Hills, CA 91709
Tel: (909)-996-3962

Priority ____
Send ____
Enter ____
Closed ____
JS-5/JS-6 ✓
JS-2/JS-3 ____
Scan Only ____

FILED
CLERK, U.S. DISTRICT COURT

MAY - 7 2015

CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Xiaohong Wang | CASE NUMBER |
|---|---|
| Plaintiff(s), | CV15-2200-RGK AGRx |
| v. Jeh Johnson, Lori Scialabba, John Laffery, David Radel | NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |
| Defendant(s). | |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

05/04/2015                                        *Xiaohong Wang*
Date                                              Signature of Attorney/Party

NOTE: *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

## Proof of Service

Case No.:CV15-2200- RGK AGRx

I, Xiaohong Wang, hereby certify that on May 4th, 2015, I served the Defendants a copy of Notice of Dismissal on:

    Office of U.S. Attorney
    300 N Los Angeles Street, Suite 7516
    Los Angeles, CA 90012

Through first class mailing, postage prepaid.


*/s/ Xiaohong Wang*

ˉXiaohong Wang

Xiaohong Wang
14806 Maplewood Dr.
Chino Hills, CA 91709

RECEIVED
CLERK, U.S. DISTRICT COURT
MAY - 6 2015
CENTRAL DISTRICT OF CA
BY _____ DEPUTY

SANTA ANA CA 926
04 MAY 2015 PM 3 L

Federal District Court
320 N. Spring St. Room G8
Los Angeles, CA 90012